

Robert S. Fine
Tel 305.579.0826
Fax 305.961.5826
finer@gtlaw.com

**VIA ECF**                                                                 November 11, 2022

The Honorable Edgardo Ramos
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Alexandra Hobbs, et al., v. Goldman Sachs & Co., LLC, et al.*
      **Case No.: 1-22-cv-06944**

Dear Judge Ramos:

We represent Defendants Goldman Sachs & Co., LLC and The Goldman Sachs Group, Inc. (collectively, "Defendants") in the above-referenced matter. We write on behalf of all parties to inform the Court that the parties have reached a settlement resolving this matter. The parties request that they be given forty-five days to finalize settlement documents.

                                                                Respectfully,

                                                                */s/ Robert S. Fine*
                                                                Robert S. Fine*

**SO ORDERED:**

_____
**HON. EDGARDO RAMOS**
**UNITED STATES DISTRICT JUDGE**


cc via ECF: All Counsel of Record


* Admitted *Pro Hac Vice*

**Greenberg Traurig, P.A. | Attorneys at Law**
333 Southeast Second Avenue | Suite 4400 | Miami, FL 33131 | T +1 305.579.0500 | F +1 305.579.0717

www.gtlaw.com